IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANIEL M. KIRK,

      Petitioner,

-vs-

N.C ENGLISH, *warden*,

      Respondent.           No. 11-cv-937-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on June 20, 2013, the Report and Recommendation of Magistrate Judge Donald G. Wilkerson is adopted. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DENIED** and **DISMISSED** with prejudice.

**Dated**: June 20, 2013

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT

                              BY:  s/*Sara Jennings*
                                        **Deputy Clerk**

David R. Herndon
2013.06.20
14:52:33 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT